IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FLORES, | No. C -12-04786 EDL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, | |
| Defendant. | |

Plaintiff filed this case on September 12, 2012. On that date, the Court ordered the parties to file a joint Case Management Conference no later than December 4, 2012, and also set a Case Management Conference for December 11, 2012. Since that time, Plaintiff has failed to prosecute this case. There is no indication on the docket that Defendant has been served in this case. Plaintiff has not responded to two notices from the Court regarding consent or declination to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). Plaintiff did not file a Case Management Conference statement and did not appear at the Case Management Conference.

Accordingly, Plaintiff is hereby ordered to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff's written response to this Order to Show Cause shall be filed no later than December 21, 2012. A show cause hearing is scheduled for January 8, 2013 at 9:00 a.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA. It is further ordered that if Plaintiff fails to file a response to this Order

to Show Cause by December 21, 2012, the Court will reassign this case to a district court judge with a Report and Recommendation for dismissal of this action with prejudice.

IT IS SO ORDERED.

Dated: December 11, 2012

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge