IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FLORES, | No. C -12-04786 EDL |
| Plaintiff, | **REPORT AND RECOMMENDATION REGARDING DISMISSAL** |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION, | |
| Defendant. | |

Plaintiff filed this case on September 12, 2012. On that date, the Court ordered the parties to file a joint Case Management Conference no later than December 4, 2012, and also set a Case Management Conference for December 11, 2012. Since that time, Plaintiff has failed to prosecute this case. There is no indication on the docket that Defendant has been served in this case. Plaintiff has not responded to two notices from the Court regarding consent or declination to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). Plaintiff did not file a Case Management Conference statement and did not appear at the Case Management Conference.

Accordingly, on December 12, 2012, the Court issued an Order to Show Cause as to why this case should not be dismissed for failure to prosecute. The Order required Plaintiff to file a written response no later than December 21, 2012. The Order also stated that if Plaintiff failed to file a written response, the Court would reassign this matter to a district court judge along with a recommendation for dismissal.

To date, Plaintiff has failed to file a written response or otherwise communicate with the Court regarding this case. Therefore, the Court recommends that this case be dismissed with prejudice. Any party may serve and file specific written objections to this recommendation within fourteen (14) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P.

72(b); Civil Local Rule 72-3.  Failure to file objections within the specified time may waive the right to appeal the District Court's order.

Dated: January 2, 2013

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge