IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FLORES; and LIDUVINA FLORES,<br><br>        Plaintiffs,<br><br>   v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEM; AURORA BANK, FSB; AURORA LOAN SERVICES; and OLD REPUBLIC DEFUALT MANAGEMENT SERVICES,<br><br>        Defendants.<br>_____/ | No. C 12-4786 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE DISMISSAL |

    The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Re Dismissal.  The Court notes that the report and recommendation refers to a single Plaintiff and Defendant.  Although there are two ostensible Plaintiffs and several Defendants, the facts in the report apply equally to all of them.  The time for objections has passed and none were filed.  The Court finds the Report correct and well-reasoned, and adopts it.  Accordingly,

    IT IS HEREBY ORDERED that this case is dismissed with prejudice.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 1/25/2013

CLAUDIA WILKEN
United States District Judge

cc: EDL